**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christopher A. James                          CHAPTER 13
         Bonnie Jean James
                     Debtor(s)                        BKY. NO. 20-21141 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, and index same on the master mailing list.

                                     Respectfully submitted,

                                   /s/ **Brian C. Nicholas**
                                      Brian Nicholas
                                      12 Jul 2022, 16:09:45, EDT

                              Brian C. Nicholas, Esq. (317240) ☑
                              Denise Carlon, Esq. (317226) ☐
                              Rebecca A. Solarz, Esq. (315936) ☐
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              bkgroup@kmllawgroup.com