

# United States Bankruptcy Court

## Western District of Pennsylvania

In re: Christopher A. James, DebtorCase No. 20-21141 GLT

Chapter 13

**Withdrawal of Claim**

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 1 filed on April 1, 2020, for account number 4902 and in the amount of $ 561.42.

Respectfully submitted,

By: /s/ Kevin Maher
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE:   5/02/2023