**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/10/2023

IN RE:

| | |
|---|---|
| CHRISTOPHER A. JAMES<br>BONNIE JEAN JAMES<br>3528 FOX CHASE DRIVE<br>IMPERIAL,  PA  15126<br>XXX-XX-6959          Debtor(s)<br><br>XXX-XX-3782 | Case No.20-21141 GLT<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/10/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMAZON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9560 |
| **STERN & EISENBERG LP**<br>1581 MAIN ST STE 200<br>THE SHOPPES AT VALLEY SQUARE<br>WARRINGTON, PA 18976 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIZENS BANK NA**<br>ONE CITIZENS BANK WAY JCA115<br>JOHNSTON, RI 02919 | Trustee Claim Number: 5   INT %: 6.25%<br>Court Claim Number: 6-2<br>CLAIM: 18,637.50<br>COMMENT: $@6.25%/STIP OE\*PMT/CONF\*16725@5%/PL-CONF\*AMD\*DK\*W/111 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1634 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 6   INT %: 5.00%<br>Court Claim Number: 5<br>CLAIM: 41,585.16<br>COMMENT: $CL5GOV@5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2139 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 0.00<br>COMMENT: CL32GOV\*PMT/DECL\*DKT4LMT\*BGN 9/20\*FR LOANCARE-DOC 92\*FR CLS-DOC 96 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7203 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 35<br>CLAIM: 475.35<br>COMMENT: 0897/SCH\*COMENITY/MY PLACE REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0503 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 38<br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL\*3PAO~AES-BELA/SCH\*US BANK ELT BHEA\*LATE\*CL=87617.55 | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 6959 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 2,426.34<br>COMMENT: 1084/SCH\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1006 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AMERICOLLECT**<br>POB 1566<br><br>MANITOWOC, WI 54221-1566 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2897 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA 98083-0657 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:26<br><br>CLAIM: 740.04<br>COMMENT: MACY'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8012 |
| **ASSOCIATES IN BEHAVORIAL DIAGNOSTICS**<br>1150 THORN RUN RD STE 110<br><br>MOON TWP, PA 15108-3102 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8081 |
| **ASSOCIATES IN BEHAVORIAL DIAGNOSTICS**<br>1150 THORN RUN RD STE 110<br><br>MOON TWP, PA 15108-3102 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2018 |
| **ASSOCIATES IN BEHAVORIAL DIAGNOSTICS**<br>1150 THORN RUN RD STE 110<br><br>MOON TWP, PA 15108-3102 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1949 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 16,697.22<br>COMMENT: 3622/SCH*AVANT/WEBBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2244 |
| **BANFIELD PET HOSPITAL++**<br>3739 WILLIAM PENN HWY<br><br>MONROEVILLE, PA 15146 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: OHZS |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br><br>WILMINGTON, DE 19801 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0292 |
| **BEAVER VALLEY FOOT CLINIC++**<br>POB 1205<br><br>ALIQUIPPA, PA 15001 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:29<br><br>CLAIM: 2,146.49<br>COMMENT: BEST BUY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1617 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BRIGHTON RADIOLOGY ASSOCIATES PC++**<br>3572 BRODHEAD RD<br>STE 201<br>MONACA, PA 15061 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2201 |
| **BRIGHTON RADIOLOGY ASSOCIATES PC++**<br>3572 BRODHEAD RD<br>STE 201<br>MONACA, PA 15061 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5082 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 3,134.18<br>COMMENT: 2314/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4486 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 3,793.06<br>COMMENT: 6218/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6895 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 1,539.29<br>COMMENT: 7805/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5391 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: JUSTICE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5691 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5085 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 901.44<br>COMMENT: 3220~WALMART/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6782 |
| **CBNA**<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6938 |
| **CDI AFFILLIATED SERVICE**<br>1451 HARTMAN ST<br>PO BOX 4068<br>BOSIE, ID 83711 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 20 | CLAIM: 156.38<br>COMMENT: 5480/SCH*REGIONAL MEDICAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4805 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CENTER FOR DIGESTIVE HEALTH**<br>725 CHERRINGTON PKWY STE 100<br>MOON TOWNSHIP, PA 15108 | Trustee Claim Number: 31 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9970 | CLAIM: 0.00<br>COMMENT: |
| **CENTER FOR DIGESTIVE HEALTH**<br>725 CHERRINGTON PKWY STE 100<br>MOON TOWNSHIP, PA 15108 | Trustee Claim Number: 32 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3341 | CLAIM: 0.00<br>COMMENT: |
| **CHILDRENS HOSPITAL**<br>DEPT. L105P<br>PITTSBURGH, PA 15264 | Trustee Claim Number: 33 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0784 | CLAIM: 0.00<br>COMMENT: NT ADR~COMMUNITY CAMPUS/SCH |
| **CHILDRENS HOSPITAL**<br>DEPT. L105P<br>PITTSBURGH, PA 15264 | Trustee Claim Number: 34 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5117 | CLAIM: 0.00<br>COMMENT: NT ADR~COMMUNITY CAMPUS/SCH |
| **CHILDRENS HOSPITAL**<br>DEPT. L105P<br>PITTSBURGH, PA 15264 | Trustee Claim Number: 35 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0199 | CLAIM: 0.00<br>COMMENT: NT ADR~COMMUNITY CAMPUS/SCH |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 36 INT %: 0.00%<br>Court Claim Number: 33 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9073 | CLAIM: 701.11<br>COMMENT: 4891/SCH*COMENITY/VICTORIA'S SECRET |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 37 INT %: 0.00%<br>Court Claim Number: 36 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9613 | CLAIM: 936.84<br>COMMENT: 8850/SCH*COMENITY/WAYFAIR |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 38 INT %: 0.00%<br>Court Claim Number: 34 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0017 | CLAIM: 648.59<br>COMMENT: CHLD PLC/SCH*COMENITY/JUSTICE |
| **CRANBERRY ORTHODONTICS**<br>2300 RT 19<br>CRANBERRY TWP, PA 16066 | Trustee Claim Number: 39 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **CREDIT SYSTEMS INTERNATIONAL**<br>1277 COUNTRY CLUB LN<br>FORT WORTH, TX 76112 | Trustee Claim Number: 40 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5016 | CLAIM: 0.00<br>COMMENT: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,961.57<br>COMMENT: 1100/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1520 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 10,173.67<br>COMMENT: 0820/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8747 |
| **ELIZUR CORP**<br>9800B MCKNIGHT RD<br>PITTSBURGH, PA 15237 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4839 |
| **GEORGE GOODMAN MD**<br>701 BROAD ST<br>SEWICKLEY, PA 15143 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5915 |
| **GEORGE GOODMAN MD**<br>701 BROAD ST<br>SEWICKLEY, PA 15143 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8393 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 31<br>CLAIM: 3,418.27<br>COMMENT: 3700/SCH*STERLING JEWLERS*FR CVI-DOC 87 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3177 |
| **DR HARVEY HENIELEFF**<br>600 CAMBRIA AVE<br>AVONMORE, PA 15618 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1801 |
| **HERITAGE VALLEY**<br>200 OHIO RIVER BLVD<br>BADEN, PA 15005 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CONVENIENT CARE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7839 |
| **HERITAGE VALLEY**<br>200 OHIO RIVER BLVD<br>BADEN, PA 15005 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CONVENIENT CARE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6008 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **HERITAGE VALLEY FAMILY PRACTICE CENTER**<br>1155 7TH AVE<br>BEAVER, PA 15009 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~ROBINSON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3890 |
| **HERITAGE VALLEY FAMILY PRACTICE CENTER**<br>1155 7TH AVE<br>BEAVER, PA 15009 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~ROBINSON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4361 |
| **HERITAGE VALLEY SEWICKLEY**<br>POB 827221<br>PHILADELPHIA, PA 19182-7221 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HERITAGE VALLEY**<br>200 OHIO RIVER BLVD<br>BADEN, PA 15005 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~KENNEDY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1271 |
| **HERITAGE VALLEY SEWICKLEY**<br>POB 827221<br>PHILADELPHIA, PA 19182-7221 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6911 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 247.94<br>COMMENT: 7989/SCH*HERITAGE VALLEY SEWICKLEY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9945 |
| **HERITAGE VALLEY SEWICKLEY**<br>POB 827221<br>PHILADELPHIA, PA 19182-7221 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1014 |
| **HERITAGE VALLEY SEWICKLEY**<br>POB 827221<br>PHILADELPHIA, PA 19182-7221 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8658 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 18 | CLAIM: 1,387.06<br>COMMENT: 8619/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6959 |
| **HERITAGE VALLEY SEWICKLEY**<br>POB 827221<br>PHILADELPHIA, PA 19182-7221 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9354 |

| Creditor | Claim Info | Description |
|---|---|---|
| **HERITAGE VALLEY SEWICKLEY**<br>POB 827221<br><br>PHILADELPHIA, PA 19182-7221 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1143 |
| **HERITAGE VALLEY SEWICKLEY**<br>POB 827221<br><br>PHILADELPHIA, PA 19182-7221 | Trustee Claim Number:62  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9052 |
| **HERITAGE VALLEY SEWICKLEY**<br>POB 827221<br><br>PHILADELPHIA, PA 19182-7221 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7723 |
| **HERITAGE VALLEY SEWICKLEY**<br>POB 827221<br><br>PHILADELPHIA, PA 19182-7221 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0585 |
| **JEFFERY MOLINARO DMD**<br>101 DIXIE DR<br><br>OAKDALE, PA 15071 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9195 |
| **JEFFERY MOLINARO DMD**<br>101 DIXIE DR<br><br>OAKDALE, PA 15071 | Trustee Claim Number:66  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5430 |
| **JEFFERY MOLINARO DMD**<br>101 DIXIE DR<br><br>OAKDALE, PA 15071 | Trustee Claim Number:67  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5903 |
| **JEFFERY MOLINARO DMD**<br>101 DIXIE DR<br><br>OAKDALE, PA 15071 | Trustee Claim Number:68  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9194 |
| **JEFFERY MOLINARO DMD**<br>101 DIXIE DR<br><br>OAKDALE, PA 15071 | Trustee Claim Number:69  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6565 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:70  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 1,030.06<br>COMMENT: 1363/SCH\*KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4523 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:71 INT %: 0.00%<br>Court Claim Number:17-2<br><br>CLAIM: 413.05<br>COMMENT: 9305/SCH\*KOHLS\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **MEDCARE EQUIPMENT COMPANY**<br>PO BOX 5029<br><br>GREENSBURG, PA 15601 | Trustee Claim Number:72 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2228 |
| **NATIONAL HOSPITAL COLLECTIONS\***<br>16 DISTRIBUTOR DRIVE<br>STE 2<br><br>MORGANTOWN, WV 26501 | Trustee Claim Number:73 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8211 |
| **ONE MAIN FINANCIAL GROUP LLC(\*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:74 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 10,490.36<br>COMMENT: 5259/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5938 |
| **PNC BANK**<br>POB 3180<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number:75 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8526 |
| **SHERIDAN ANESTHESIA**<br>PO BOX 744422<br><br>ATLANTA, GA 30374 | Trustee Claim Number:76 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0893 |
| **SHERIDAN ANESTHESIA**<br>PO BOX 744422<br><br>ATLANTA, GA 30374 | Trustee Claim Number:77 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7756 |
| **STRAKA AND MCQUONE**<br>1099 OHIO RIVER BLVD<br><br>SEWICKLEY, PA 15143 | Trustee Claim Number:78 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5914 |
| **STRAKA AND MCQUONE**<br>1099 OHIO RIVER BLVD<br><br>SEWICKLEY, PA 15143 | Trustee Claim Number:79 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5790 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:80 INT %: 0.00%<br>Court Claim Number:23<br><br>CLAIM: 771.67<br>COMMENT: 9656/SCH\*SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9560 |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number:81  INT %: 0.00% Court Claim Number:22 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0719 | CLAIM: 2,202.41 COMMENT: 4578/SCH*SYNCHRONY/AMAZON |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number:82  INT %: 0.00% Court Claim Number:28 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9283 | CLAIM: 3,309.50 COMMENT: 3036/SCH*SYNCHRONY/ASHLEY FURNITURE |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number:83  INT %: 0.00% Court Claim Number:27 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3398 | CLAIM: 908.25 COMMENT: 4390/SCH*SYNCHRONY/CARE CREDIT |
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41031 NORFOLK, VA 23541 | Trustee Claim Number:84  INT %: 0.00% Court Claim Number:37 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7220 | CLAIM: 1,929.73 COMMENT: 2186/SCH*HSN/GEMB/GECRB |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number:85  INT %: 0.00% Court Claim Number:7 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6897 | CLAIM: 696.12 COMMENT: 0889~JCP/SCH*SYNCHRONY |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number:86  INT %: 0.00% Court Claim Number:25 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5645 | CLAIM: 1,218.86 COMMENT: 8192/SCH*SYNCHRONY/LOWE'S |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number:87  INT %: 0.00% Court Claim Number:24 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7236 | CLAIM: 1,472.54 COMMENT: 4599/SCH*SYNCHRONY/SAM'S CLUB |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number:88  INT %: 0.00% Court Claim Number:21 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3514 | CLAIM: 706.26 COMMENT: SYNCHRONY*SCORE RWRDS |
| **TD BANK NA(*)** ATTN BANKRUPTCY DEPT ME 100-39 POB 9547 PORTLAND, ME 04112 | Trustee Claim Number:89  INT %: 0.00% Court Claim Number: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5975 | CLAIM: 0.00 COMMENT: TARGET/SCH |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 50325-3439 | Trustee Claim Number:90  INT %: 0.00% Court Claim Number:30 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6423 | CLAIM: 941.24 COMMENT: THD |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **THD/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 91 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3532 | CLAIM: 0.00<br>COMMENT: |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 92 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4084 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 93 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO ADR~UNIV PED ASSOC/SCH |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 94 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5600 | CLAIM: 0.00<br>COMMENT: NO ADR~UNIV PED ASSOC/SCH |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 95 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2187 | CLAIM: 0.00<br>COMMENT: NO ADR~UNIV PED ASSOC/SCH |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 96 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0303 | CLAIM: 0.00<br>COMMENT: NO ADR~UNIV PED ASSOC/SCH |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 97 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1505 | CLAIM: 0.00<br>COMMENT: NO ADR~UNIV PED ASSOC/SCH |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 98 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1293 | CLAIM: 0.00<br>COMMENT: NO ADR~UNIV EMR PHYSCNS/SCH |
| **CHILDRENS COMMUNITY CARE**<br>103 BRADFORD RD STE 200<br><br>WEXFORD, PA 15090-5910 | Trustee Claim Number: 99 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2074 | CLAIM: 0.00<br>COMMENT: |
| **CHILDRENS HOSPITAL OF PITTSBURGH**<br>4401 PENN AVE<br><br>PITTSBURGH, PA 15224-1342 | Trustee Claim Number: 100 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5914 | CLAIM: 0.00<br>COMMENT: |

## CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim | Description / Account / Comment |
|---|---|---|
| **UPMC HEALTH SYSTEM**<br>BEAVER VALLEY<br>POB 382007<br>PITTSBURGH, PA  15250 | Trustee Claim Number: 101  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WPAHS**<br>POB 6770<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 102  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SURGEONS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9906 |
| **MICHAEL F RATCHFORD ESQ**<br>409 LACKAWANNA AVE STE 320<br>SCRANTON, PA  18503 | Trustee Claim Number: 103  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number: 104  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: NT/SCH*HSBC/CAP ONE*STALE CL@ $561.42 W/D*DOC 100*OE W/D~DOC 101 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4902 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 105  INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 10,281.04<br>COMMENT: CL32GOV*NT PROV/PL*THRU 8/20*FR LOANCARE-DOC 92*FR CLS-DOC 96 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7203 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 106  INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 497.50<br>COMMENT: NT/PL*ATTY FEES/PL RVW: 9/23/20, POC FEES: 10/15/20*FR LOANCARE-DOC 92*FF | CRED DESC: POST PETITION FEE NOTICE<br>ACCOUNT NO.: 7203 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 107  INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 445.50<br>COMMENT: NT/PL*SUPPLEMENTAL*ATTY~FILING FEES/MFR: 1/22/21*FR LOANCARE-DOC 92*F | CRED DESC: POST PETITION FEE NOTICE<br>ACCOUNT NO.: 7203 |
| **PLAIN GREEN LOANS LLC***<br>ATTN CUSTOMER SERVICE<br>PO BOX 42560<br>PHILADELPHIA, PA  19101 | Trustee Claim Number: 108  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 3,096.30<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6959 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 109  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 777.19<br>COMMENT: NT/SCH*SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7889 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 110  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:111 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:6-2 | ACCOUNT NO.: 1634 |
| | CLAIM: 5,875.16 | |
| JOHNSTON, RI  02919 | COMMENT: UNS BAL AFT STIP OE AMD*DK*W/5 | |