**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> CHRISTOPHER A. JAMES <br> BONNIE JEAN JAMES <br><br> Debtor(s) <br><br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, <br><br> Movant <br> vs. <br> CDI AFFILLIATED SERVICE <br><br> Respondents | Case No. 20-21141GLT <br><br> Chapter 13 <br><br> Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDITOR INDICATED THEY HAVE CANCELLED ALL ACCOUNTS BACK TO REGIONAL MEDICAL LABS. NO CHANGE OF ADDRESS, TRANSFER OR CLAIM OR AMENDED CLAIM HAS BEEN FILED.

| | |
|---|---|
| CDI AFFILLIATED SERVICE <br> 1451 HARTMAN ST <br> PO BOX 4068 <br> BOSIE, ID 83711 | Court claim# 20/Trustee CID# 30 |

The Movant further certifies that on 04/10/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　 original creditor
　　 putative creditor
　　 counsel for debtor(s)
　　 counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
CHRISTOPHER A. JAMES, BONNIE JEAN JAMES, 3528 FOX CHASE DRIVE, IMPERIAL, PA  15126

ORIGINAL CREDITOR:
CDI AFFILLIATED SERVICE, 1451 HARTMAN ST, PO BOX 4068, BOSIE, ID 83711

NEW CREDITOR:

DEBTOR'S COUNSEL:
MATTHEW M HERRON ESQ, THE DEBT DOCTORS LLC, 607 COLLEGE ST STE 101, PITTSBURGH, PA  15232