UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA



**RECEIVED**

JUN 0 7 2024

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

In re:  )
)
Christopher James  )   No. 20-21141
Bonnie James  )
)   Chapter 13
)

Creditor:    UPMC Physician Services

SATISFACTION OF CLAIM

As to Claim 18 previously filed in this matter on 5/28/2020, UPMC Physician Services files this notice that its claim is satisfied, and the Debtor(s) has no further liability as to this claim.

Respectfully Submitted,

By: _____

Ty Anthony Riha
DCM Services / Bankruptcy
PO Box 1123
Minneapolis, MN 55440
Phone: 612-243-8554
Fax: 612-243-8309