**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER A. JAMES<br>BONNIE JEAN JAMES<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:20-21141<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

October 24, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/30/2020 and confirmed on 9/24/20 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 233,938.25 |
| Less Refunds to Debtor | 1,234.87 | |
| TOTAL AMOUNT OF PLAN FUND | | 232,703.38 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,779.25 | |
|    Trustee Fee | 11,640.07 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 19,419.32 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK | 0.00 | 126,804.58 | 0.00 | 126,804.58 |
|     Acct: 2052 | | | | |
|   MIDFIRST BANK | 10,281.04 | 10,281.04 | 0.00 | 10,281.04 |
|     Acct: 2052 | | | | |
|   CITIZENS BANK NA | 18,637.50 | 18,637.50 | 3,247.56 | 21,885.06 |
|     Acct: 1634 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 41,585.16 | 41,585.16 | 5,632.07 | 47,217.23 |
|     Acct: 2139 | | | | |
| | | | | 206,187.91 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER A. JAMES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER A. JAMES | 102.00 | 102.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER A. JAMES | 1,132.87 | 1,132.87 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 2,330.00 | 2,330.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 5,449.25 | 5,449.25 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-23 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 10.95 | 10.95 | 0.00 | 10.95 |
|     Acct: XXXXXXXXXXXXXXXXXXVICE | | | | |
|   MIDFIRST BANK | 497.50 | 497.50 | 0.00 | 497.50 |
|     Acct: 2052 | | | | |
|   MIDFIRST BANK | 445.50 | 445.50 | 0.00 | 445.50 |
|     Acct: 2052 | | | | |
| | | | | 953.95 |
| **Unsecured** | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6959 | | | | |
|   UPMC PHYSICIAN SERVICES | 67.59 | 67.59 | 0.00 | 67.59 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 6959 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 475.35 | 33.27 | 0.00 | 33.27 |
| | Acct: 0503 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 2,426.34 | 169.84 | 0.00 | 169.84 |
| | Acct: 1006 | | | | |
| | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2897 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 740.04 | 51.80 | 0.00 | 51.80 |
| | Acct: 8012 | | | | |
| | ASSOCIATES IN BEHAVORIAL DIAGNOST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8081 | | | | |
| | ASSOCIATES IN BEHAVORIAL DIAGNOST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2018 | | | | |
| | ASSOCIATES IN BEHAVORIAL DIAGNOST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1949 | | | | |
| | LVNV FUNDING LLC | 16,697.22 | 1,168.81 | 0.00 | 1,168.81 |
| | Acct: 2244 | | | | |
| | BANFIELD PET HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: OHZS | | | | |
| | BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0292 | | | | |
| | BEAVER VALLEY FOOT CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK NA** | 2,146.49 | 150.25 | 0.00 | 150.25 |
| | Acct: 1617 | | | | |
| | BRIGHTON RADIOLOGY ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2201 | | | | |
| | BRIGHTON RADIOLOGY ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5082 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 3,134.18 | 219.39 | 0.00 | 219.39 |
| | Acct: 4486 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 3,793.06 | 265.51 | 0.00 | 265.51 |
| | Acct: 6895 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 1,539.29 | 107.75 | 0.00 | 107.75 |
| | Acct: 5391 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5691 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5085 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 901.44 | 63.10 | 0.00 | 63.10 |
| | Acct: 6782 | | | | |
| | CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6938 | | | | |
| | CDI AFFILLIATED SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4805 | | | | |
| | CENTER FOR DIGESTIVE HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9970 | | | | |
| | CENTER FOR DIGESTIVE HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3341 | | | | |
| | CHILDRENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0784 | | | | |
| | CHILDRENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5117 | | | | |
| | CHILDRENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0199 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 701.11 | 49.08 | 0.00 | 49.08 |
| | Acct: 9073 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 936.84 | 65.58 | 0.00 | 65.58 |
| | Acct: 9613 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 648.59 | 45.40 | 0.00 | 45.40 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0017 | | | | |
| CRANBERRY ORTHODONTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT SYSTEMS INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5016 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 2,961.57 | 207.31 | 0.00 | 207.31 |
| Acct: 1520 | | | | |
| DISCOVER BANK(*) | 10,173.67 | 712.16 | 0.00 | 712.16 |
| Acct: 8747 | | | | |
| ELIZUR CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4839 | | | | |
| GEORGE GOODMAN MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5915 | | | | |
| GEORGE GOODMAN MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8393 | | | | |
| LVNV FUNDING LLC | 3,418.27 | 239.28 | 0.00 | 239.28 |
| Acct: 3177 | | | | |
| DR HARVEY HENIELEFF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1801 | | | | |
| HERITAGE VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7839 | | | | |
| HERITAGE VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6008 | | | | |
| HERITAGE VALLEY FAMILY PRACTICE CE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3890 | | | | |
| HERITAGE VALLEY FAMILY PRACTICE CE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4361 | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HERITAGE VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1271 | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6911 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI | 247.94 | 17.36 | 0.00 | 17.36 |
| Acct: 9945 | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1014 | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8658 | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9354 | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1143 | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9052 | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7723 | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0585 | | | | |
| JEFFERY MOLINARO DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9195 | | | | |
| JEFFERY MOLINARO DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5430 | | | | |
| JEFFERY MOLINARO DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5903 | | | | |
| JEFFERY MOLINARO DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9194 | | | | |
| JEFFERY MOLINARO DMD | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6565 | | | | |
| CAPITAL ONE NA** | 1,030.06 | 72.10 | 0.00 | 72.10 |
| Acct: 4523 | | | | |
| CAPITAL ONE NA** | 413.05 | 28.91 | 0.00 | 28.91 |
| Acct: 0007 | | | | |
| MEDCARE EQUIPMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2228 | | | | |
| NATIONAL HOSPITAL COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8211 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 10,490.36 | 734.33 | 0.00 | 734.33 |
| Acct: 5938 | | | | |
| PNC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8526 | | | | |
| SHERIDAN ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0893 | | | | |
| SHERIDAN ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7756 | | | | |
| STRAKA AND MCQUONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5914 | | | | |
| STRAKA AND MCQUONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5790 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 771.67 | 54.02 | 0.00 | 54.02 |
| Acct: 9560 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 2,202.41 | 154.17 | 0.00 | 154.17 |
| Acct: 0719 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 3,309.50 | 231.67 | 0.00 | 231.67 |
| Acct: 9283 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 908.25 | 63.58 | 0.00 | 63.58 |
| Acct: 3398 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 1,929.73 | 135.08 | 0.00 | 135.08 |
| Acct: 7220 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 696.12 | 48.73 | 0.00 | 48.73 |
| Acct: 6897 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 1,218.86 | 85.32 | 0.00 | 85.32 |
| Acct: 5645 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 1,472.54 | 103.08 | 0.00 | 103.08 |
| Acct: 7236 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 706.26 | 49.44 | 0.00 | 49.44 |
| Acct: 3514 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5975 | | | | |
| CITIBANK NA** | 941.24 | 65.89 | 0.00 | 65.89 |
| Acct: 6423 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3532 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4084 | | | | |
| CREDITOR INFORMATION MISSING OR V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5600 | | | | |
| CREDITOR INFORMATION MISSING OR V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2187 | | | | |
| CREDITOR INFORMATION MISSING OR V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0303 | | | | |
| CREDITOR INFORMATION MISSING OR V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1505 | | | | |
| CREDITOR INFORMATION MISSING OR V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1293 | | | | |
| CHILDRENS COMMUNITY CARE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2074 | | | | |
|   CHILDRENS HOSPITAL OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5914 | | | | |
|   UPMC HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   WPAHS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9906 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4902 | | | | |
|   PLAIN GREEN LOANS LLC* | 3,096.30 | 216.74 | 0.00 | 216.74 |
| Acct: 6959 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC(*) | 777.19 | 54.40 | 0.00 | 54.40 |
| Acct: 7889 | | | | |
|   CITIZENS BANK NA | 5,875.16 | 411.26 | 0.00 | 411.26 |
| Acct: 1634 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9560 | | | | |
|   STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MICHAEL F RATCHFORD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,142.20 |

**TOTAL PAID TO CREDITORS**                                                                          213,284.06

TOTAL CLAIMED
PRIORITY              953.95
SECURED           70,503.70
UNSECURED        86,847.69

Date: 10/24/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTOPHER A. JAMES
BONNIE JEAN JAMES
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-21141

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-21141-GLT
Christopher A. James  Chapter 13
Bonnie Jean James
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 7
Date Rcvd: Oct 24, 2025   Form ID: pdf900   Total Noticed: 112

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher A. James, Bonnie Jean James, 3528 Fox Chase Drive, Imperial, PA 15126-9600 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15224761 | + | AES/Bela-US Bank, 2500 Broadway, P.O. Box 203101, Helena, MT 59620-3101 |
| 15224765 | + | Associates in Behavioral Diagnostics, 1150 Thorn Run Road Extension #110, Coraopolis, PA 15108-3102 |
| 15235015 | + | Banfield Vet, 6401 Penn Ave., Suite 250, Pittsburgh, PA 15206-4051 |
| 15235017 | + | Beaver Valley Foot Clinic, PO Box 1205, Aliquippa, PA 15001-0935 |
| 15235019 | | Brighton Radiology Associates, 3572 Brodhead Road, Suite 201, Monaca, PA 15061-3141 |
| 15224769 | + | Brighton Radiology Associates, PC, 3582 Brodhead Road, Suite 204, Monaca, PA 15061-3142 |
| 15224778 | + | Children's Hospital Community Campus, 205 Millers Run Road, Bridgeville, PA 15017-1348 |
| 15224779 | + | Childrens Hospital Community Campus, 2599 Wexford Bayne Road, Sewickley, PA 15143-8769 |
| 15235035 | + | Cranberry Orthodontics, 20300 US 19, Cranberry Twp, PA 16066-6126 |
| 15235040 | + | Elizur, 9800A McKnight Road, Suite 200, Pittsburgh, PA 15237-6032 |
| 15224788 | + | George B. Goodman Md Pc, 701 Broad Street, Sewickley, PA 15143-1681 |
| 15224790 | + | Harvey B. Henteleff, Dmd, 600 Cambria Ave., Avonmore, PA 15618-9791 |
| 15224791 | + | Heritage Valley Convenient Care, 100 Hazel Lane, Sewickley, PA 15143-1249 |
| 15224792 | + | Heritage Valley Family Practice Robinson, 2201 Park Manor Blvd., Pittsburgh, PA 15205-4819 |
| 15235046 | + | Heritage Valley Health System, Sewickley Valley Hospital, 720 Blackburn Road, Sewickley, PA 15143-1498 |
| 15224793 | #+ | Heritage Valley Kennedy, 25 Heckel Road, McKees Rocks, PA 15136-1651 |
| 15224794 | + | Heritage Valley Sewickley, 701 Broad Street, Sewickley, PA 15143-1681 |
| 15224796 | + | Jeffrey T. Molinaro Dpm Pc, 101 Dixie Drive, Oakdale, PA 15071-1516 |
| 15224800 | + | MedCare Equipment Company, 524 Parkway View Drive, Pittsburgh, PA 15205-1410 |
| 15224802 | + | Natl Hosp Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15224806 | + | Straka & McQuone, 4815 Liberty Ave, Suite 443, Pittsburgh, PA 15224-2156 |
| 15224807 | + | Straka & McQuone, Inc., 4815 Liberty Ave., Pittsburgh, PA 15224-2156 |
| 15224826 | + | UPMC Children's Community Pediatrics, 11279 Perry Highway, Wexford, PA 15090-9394 |
| 15224827 | + | UPMC Children's Hospital of Pittsburgh, 4401 Penn Ave., Pittsburgh, PA 15224-1342 |
| 15235083 | + | UPMC Health System, 5608 Wilkins Ave., Suite 100, Pittsburgh, PA 15217-1282 |
| 15236469 | + | Univ Ped Assoc Asthma and Allergy, 100 Bradford Road, #410, Wexford, PA 15090-8489 |
| 15236470 | + | Univ Ped Assoc Emergency Medicine, 4401 Penn Ave., Pittsburgh, PA 15224-1334 |
| 15236471 | + | Univ Pediatric Assoc Asthma and Allergy, 100 Bradford Road, #410, Wexford, PA 15090-8489 |
| 15236472 | + | Univ Pediatric Assoc Pulmonology, 4401 Penn Ave., Pittsburgh, PA 15224-1334 |
| 15236473 | + | University Emergency Physicians Inc., 25 Heckel Road, McKees Rocks, PA 15136-1651 |
| 15224828 | + | WPAHS Surgeons, 4727 Friendship Ave., Suite 340, Pittsburgh, PA 15224-1778 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | | |
| | | | Oct 25 2025 00:30:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

Case 20-21141-GLT    Doc 130    Filed 10/26/25    Entered 10/27/25 00:29:26    Desc
Imaged Certificate of Notice    Page 9 of 14

| District/off: 0315-2 | User: auto | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 112 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | Oct 25 2025 00:31:00 | Cavalry SPV I, LLC, Cavalry SPV I, LLC, P.O. Box 4252, Greenwich, CT 06831-0405 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 25 2025 00:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | ^ | MEBN | Oct 25 2025 00:21:16 | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:52:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 25 2025 00:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 25 2025 00:39:29 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BNCnotices@dcmservices.com | Oct 25 2025 00:30:00 | UPMC Physician Services, c/o DCM Services/Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15224763 | | Email/Text: ebn@americollect.com | Oct 25 2025 00:31:00 | Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54220 |
| 15224760 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | Ads/Comenity/MyPointsRwd, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15224762 | + | Email/PDF: bncnotices@becket-lee.com | Oct 25 2025 00:40:16 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15237477 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2025 00:52:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15224764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:13 | Amex/DSNB, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 15224766 | + | Email/Text: bk@avant.com | Oct 25 2025 00:31:00 | Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15224767 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 25 2025 00:30:00 | Barclays Bank Delaware, P.O. Box 8803, ATTN: Credit Bureau, Wilmington, DE 19899-8803 |
| 15224768 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:40 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15224771 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:39:32 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15224775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:41:05 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15224776 | | Email/Text: bevans@cdresource.com | Oct 25 2025 00:31:00 | CDI Affiliated Services, 1451 Hartman Street, Boise, ID 83704 |
| 15250120 | | Email/Text: bevans@cdresource.com | Oct 25 2025 00:31:00 | CDI Affiliated Services, PO Box 4068, Boise, ID 83711-4068 |
| 15232752 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 25 2025 00:30:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15296693 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2025 00:39:33 | CVI SGP Acquisition Trust, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 15234497 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:39:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15224770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 01:03:23 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |

Case 20-21141-GLT   Doc 130   Filed 10/26/25   Entered 10/27/25 00:29:26   Desc
Imaged Certificate of Notice   Page 10 of 14

| District/off: 0315-2 | User: auto | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 112 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15237479 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2025 00:40:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15224772 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:39:36 | Capital One/Justice, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 15224773 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:41:04 | Capital One/Walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15224774 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:11 | Capital One/Walmart, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 15225828 | + | Email/Text: bankruptcy@cavps.com | Oct 25 2025 00:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15224777 | + | Email/Text: billingdept@gihealth.com | Oct 25 2025 00:31:00 | Center for Digestive Health, 725 Cherrington Parkway, Suite 100, Coraopolis, PA 15108-4325 |
| 15294743 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15224780 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 25 2025 00:30:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 15224781 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15224782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | Comenity Bank/Wayfair, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15224783 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | ComenityCapital/ChldPlce, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15224784 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Oct 25 2025 00:31:00 | Credit Systems International, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 15224785 | | Email/Text: mrdiscen@discover.com | Oct 25 2025 00:30:00 | Discover Bank, P.O. Box 15316, ATTN: CMS/PROD DEVELOP, Wilmington, DE 19850-5316 |
| 15224786 | | Email/Text: mrdiscen@discover.com | Oct 25 2025 00:30:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15250327 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2025 00:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15228309 | | Email/Text: mrdiscen@discover.com | Oct 25 2025 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15307416 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 25 2025 00:30:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15224789 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 25 2025 00:31:00 | GFS/Jared Galleria of Jewelry, P.O. Box 4485, Beaverton, OR 97076-4485 |
| 15224795 | | Email/Text: bankruptcy@huntington.com | Oct 25 2025 00:31:00 | Huntington National Bank, P.O. Box 1558, Dept. EA4W25, Columbus, OH 43216-1558 |
| 15250091 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 25 2025 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15224797 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:10 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15224798 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:40:56 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15363151 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2025 00:39:37 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15236408 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2025 00:52:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15509286 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | Lakeview Loan Servicing, LLC, C/O RightPath |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15442698 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15235053 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 25 2025 00:30:00 | Lakeview Loan Servicing, LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 15299525 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 25 2025 00:30:00 | Lakeview Loan Servicing, LLC c/o, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15224799 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 25 2025 00:30:00 | Loancare Servicing Center, 3637 Sentare Way, Virginia Beach, VA 23452-4262 |
| 15224801 | ^ | MEBN | Oct 25 2025 00:21:13 | Michael F. Ratchford, Esq., 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15606419 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 25 2025 00:39:31 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15224803 | + | Email/PDF: cbp@omf.com | Oct 25 2025 00:40:56 | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15229833 | + | Email/PDF: cbp@omf.com | Oct 25 2025 00:41:04 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15243276 | | Email/Text: bankruptcypgl@plaingreenloans.com | Oct 25 2025 00:31:00 | Plain Green Loans, Attention: Special Handling, 93 Mack Rd, Suite 600, Box Elder, MT 59521 |
| 15224804 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 25 2025 00:30:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15235626 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2025 00:30:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15305940 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2025 00:30:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15224808 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:19 | SYNCB/Amazon PLCC, Po Box 965015, Orlando, FL 32896-5015 |
| 15224809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:15 | SYNCB/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15224810 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:09 | SYNCB/Ashley Homestores, P.O. Box 965001, Orlando, FL 32896-5001 |
| 15224811 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:39:30 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-5036 |
| 15224812 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:10 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15224813 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:15 | SYNCB/JCPenneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15224814 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:45 | SYNCB/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15224815 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:25 | SYNCB/Sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15224816 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:15 | SYNCB/Score Rewards, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15236468 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Oct 25 2025 00:30:00 | Sheridan Anesthesia Services of PA, 725 Cherrington Parkway, Moon Township, PA 15108-4318 |
| 15306737 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:52:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

| | | | | |
|---|---|---|---|---|
| 15225268 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:39:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15224817 | | Email/Text: bncmail@w-legal.com | Oct 25 2025 00:30:00 | TD Bank USA/Target Credit, 7000 Target Parkway N., MailStop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15224818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:41:04 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 15230403 | | Email/Text: bankruptcy@huntington.com | Oct 25 2025 00:31:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15224819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:41:04 | The Home Depot/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15224820 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 25 2025 00:31:00 | Transworld Sys Inc./51, P.O. Box 15273, Wilmington, DE 19850-5273 |
| 15246469 | | Email/Text: BNCnotices@dcmservices.com | Oct 25 2025 00:30:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 79

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | MIDFIRST BANK |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15235009 | *+ | AES/Bela-US Bank, 2500 Broadway, P.O. Box 203101, Helena, MT 59620-3101 |
| 15235011 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54220 |
| 15235008 | *+ | Ads/Comenity/MyPointsRwd, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15235010 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15235012 | *+ | Amex/DSNB, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 15235013 | *+ | Associates in Behaviorial Diagnostics, 1150 Thorn Run Road Extension #110, Coraopolis, PA 15108-3102 |
| 15235014 | *+ | Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15235016 | *+ | Barclays Bank Delaware, P.O. Box 8803, ATTN: Credit Bureau, Wilmington, DE 19899-8803 |
| 15235018 | *+ | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15235020 | *+ | Brighton Radiology Associates, PC, 3582 Brodhead Road, Suite 204, Monaca, PA 15061-3142 |
| 15235022 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15235026 | *+ | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15235027 | *P++ | CBP AFFILIATED SERVICES, P O BOX 4068, BOISE ID 83711-4068, address filed with court:, CDI Affiliated Services, 1451 Hartman Street, Boise, ID 83704 |
| 15235021 | * | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15245533 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15235023 | *+ | Capital One/Justice, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 15235024 | *+ | Capital One/Walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15235025 | *+ | Capital One/Walmart, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 15235028 | *+ | Center for Digestive Health, 725 Cherrington Parkway, Suite 100, Coraopolis, PA 15108-4325 |
| 15235029 | *+ | Children's Hospital Community Campus, 205 Millers Run Road, Bridgeville, PA 15017-1348 |
| 15235030 | *+ | Childrens Hospital Community Campus, 2599 Wexford Bayne Road, Sewickley, PA 15143-8769 |
| 15235031 | *+ | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 15235032 | * | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15235033 | *+ | Comenity Bank/Wayfair, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15235034 | *+ | ComenityCapital/ChldPlce, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15235036 | *+ | Credit Systems International, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 15235037 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, P.O. Box 15316, ATTN: CMS/PROD DEVELOP, Wilmington, DE 19850-5316 |
| 15235038 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15224787 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover |

Case 20-21141-GLT   Doc 130   Filed 10/26/25   Entered 10/27/25 00:29:26   Desc
Imaged Certificate of Notice   Page 13 of 14

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 112 |

| | | |
|---|---|---|
| | | Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15235039 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15235042 | *+ | GFS/Jared Galleria of Jewelry, P.O. Box 4485, Beaverton, OR 97076-4485 |
| 15235041 | *+ | George B. Goodman Md Pc, 701 Broad Street, Sewickley, PA 15143-1681 |
| 15235043 | *+ | Harvey B. Henteleff, Dmd, 600 Cambria Ave., Avonmore, PA 15618-9791 |
| 15235044 | *+ | Heritage Valley Convenient Care, 100 Hazel Lane, Sewickley, PA 15143-1249 |
| 15235045 | *+ | Heritage Valley Family Practice Robinson, 2201 Park Manor Blvd., Pittsburgh, PA 15205-4819 |
| 15235047 | *+ | Heritage Valley Kennedy, 25 Heckel Road, McKees Rocks, PA 15136-1651 |
| 15235048 | *+ | Heritage Valley Sewickley, 701 Broad Street, Sewickley, PA 15143-1681 |
| 15235049 | * | Huntington National Bank, P.O. Box 1558, Dept. EA4W25, Columbus, OH 43216-1558 |
| 15235050 | *+ | Jeffrey T. Molinaro Dpm Pc, 101 Dixie Drive, Oakdale, PA 15071-1516 |
| 15235051 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15235052 | * | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15235054 | *+ | LoanCare Servicing Center, 3637 Sentare Way, Virginia Beach, VA 23452-4262 |
| 15235055 | *+ | MedCare Equipment Company, 524 Parkway View Drive, Pittsburgh, PA 15205-1410 |
| 15235056 | *+ | Michael F. Ratchford, Esq., 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15235057 | *+ | Natl Hosp Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15235058 | *+ | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15235059 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15235063 | * | SYNCB/Amazon PLCC, Po Box 965015, Orlando, FL 32896-5015 |
| 15235064 | *+ | SYNCB/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15235065 | *+ | SYNCB/Ashley Homestores, P.O. Box 965001, Orlando, FL 32896-5001 |
| 15235066 | * | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-5036 |
| 15235067 | *+ | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15235068 | *+ | SYNCB/JCPenneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15235069 | *+ | SYNCB/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15235070 | *+ | SYNCB/Sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15235071 | *+ | SYNCB/Score Rewards, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15235061 | *+ | Straka & McQuone, 4815 Liberty Ave, Suite 443, Pittsburgh, PA 15224-2156 |
| 15235062 | *+ | Straka & McQuone, Inc., 4815 Liberty Ave., Pittsburgh, PA 15224-2156 |
| 15235072 | * | TD Bank USA/Target Credit, 7000 Target Parkway N., MailStop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15235073 | *+ | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 15235074 | *+ | The Home Depot/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15235075 | *+ | Transworld Sys Inc./51, P.O. Box 15273, Wilmington, DE 19850-5273 |
| 15235081 | *+ | UPMC Children's Community Pediatrics, 11279 Perry Highway, Wexford, PA 15090-9394 |
| 15235082 | *+ | UPMC Children's Hospital of Pittsburgh, 4401 Penn Ave., Pittsburgh, PA 15224-1342 |
| 15235084 | *+ | WPAHS Surgeons, 4727 Friendship Ave., Suite 340, Pittsburgh, PA 15224-1778 |

TOTAL: 2 Undeliverable, 66 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

**Name**                        **Email Address**

| | |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Defendant Citizens Bank N.A. pitecf@weltman.com gmasterson@weltman.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com, gmasterson@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew M. Herron | on behalf of Plaintiff Bonnie Jean James mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Plaintiff Christopher A. James mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Bonnie Jean James mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Christopher A. James mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Steven P Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 14