F/25
12/9/25 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTOPHER A. JAMES
BONNIE JEAN JAMES
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-21141

Chapter 13

Related to Docket No. 127

ORDER OF COURT

AND NOW, this _____ 9th Day of December, 2025 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21141-GLT |
| Christopher A. James | Chapter 13 |
| Bonnie Jean James | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 7 |
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 112 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher A. James, Bonnie Jean James, 3528 Fox Chase Drive, Imperial, PA 15126-9600 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15224761 | + | AES/Bela-US Bank, 2500 Broadway, P.O. Box 203101, Helena, MT 59620-3101 |
| 15224765 | + | Associates in Behavioral Diagnostics, 1150 Thorn Run Road Extension #110, Coraopolis, PA 15108-3102 |
| 15235015 | + | Banfield Vet, 6401 Penn Ave., Suite 250, Pittsburgh, PA 15206-4051 |
| 15235017 | + | Beaver Valley Foot Clinic, PO Box 1205, Aliquippa, PA 15001-0935 |
| 15235019 | | Brighton Radiology Associates, 3572 Brodhead Road, Suite 201, Monaca, PA 15061-3141 |
| 15224769 | + | Brighton Radiology Associates, PC, 3582 Brodhead Road, Suite 204, Monaca, PA 15061-3142 |
| 15224778 | + | Children's Hospital Community Campus, 205 Millers Run Road, Bridgeville, PA 15017-1348 |
| 15224779 | + | Childrens Hospital Community Campus, 2599 Wexford Bayne Road, Sewickley, PA 15143-8769 |
| 15235035 | + | Cranberry Orthodontics, 20300 US 19, Cranberry Twp, PA 16066-6126 |
| 15235040 | + | Elizur, 9800A McKnight Road, Suite 200, Pittsburgh, PA 15237-6032 |
| 15224788 | + | George B. Goodman Md Pc, 701 Broad Street, Sewickley, PA 15143-1681 |
| 15224790 | + | Harvey B. Henteleff, Dmd, 600 Cambria Ave., Avonmore, PA 15618-9791 |
| 15224791 | + | Heritage Valley Convenient Care, 100 Hazel Lane, Sewickley, PA 15143-1249 |
| 15224792 | + | Heritage Valley Family Practice Robinson, 2201 Park Manor Blvd., Pittsburgh, PA 15205-4819 |
| 15235046 | + | Heritage Valley Health System, Sewickley Valley Hospital, 720 Blackburn Road, Sewickley, PA 15143-1498 |
| 15224793 | #+ | Heritage Valley Kennedy, 25 Heckel Road, McKees Rocks, PA 15136-1651 |
| 15224794 | + | Heritage Valley Sewickley, 701 Broad Street, Sewickley, PA 15143-1681 |
| 15224796 | + | Jeffrey T. Molinaro Dpm Pc, 101 Dixie Drive, Oakdale, PA 15071-1516 |
| 15224800 | + | MedCare Equipment Company, 524 Parkway View Drive, Pittsburgh, PA 15205-1410 |
| 15224802 | + | Natl Hosp Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15224806 | + | Straka & McQuone, 4815 Liberty Ave, Suite 443, Pittsburgh, PA 15224-2156 |
| 15224807 | + | Straka & McQuone, Inc., 4815 Liberty Ave., Pittsburgh, PA 15224-2156 |
| 15224826 | + | UPMC Children's Community Pediatrics, 11279 Perry Highway, Wexford, PA 15090-9394 |
| 15224827 | + | UPMC Children's Hospital of Pittsburgh, 4401 Penn Ave., Pittsburgh, PA 15224-1342 |
| 15235083 | + | UPMC Health System, 5608 Wilkins Ave., Suite 100, Pittsburgh, PA 15217-1282 |
| 15236469 | + | Univ Ped Assoc Asthma and Allergy, 100 Bradford Road, #410, Wexford, PA 15090-8489 |
| 15236470 | + | Univ Ped Assoc Emergency Medicine, 4401 Penn Ave., Pittsburgh, PA 15224-1334 |
| 15236471 | + | Univ Pediatric Assoc Asthma and Allergy, 100 Bradford Road, #410, Wexford, PA 15090-8489 |
| 15236472 | + | Univ Pediatric Assoc Pulmonology, 4401 Penn Ave., Pittsburgh, PA 15224-1334 |
| 15236473 | + | University Emergency Physicians Inc., 25 Heckel Road, McKees Rocks, PA 15136-1651 |
| 15224828 | + | WPAHS Surgeons, 4727 Friendship Ave., Suite 340, Pittsburgh, PA 15224-1778 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | | |
| | | | Dec 10 2025 00:40:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

Case 20-21141-GLT   Doc 134   Filed 12/11/25   Entered 12/12/25 00:32:24   Desc
Imaged Certificate of Notice   Page 3 of 8

| District/off: 0315-2 | User: auto | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 112 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | Dec 10 2025 00:41:00 | Cavalry SPV I, LLC, Cavalry SPV I, LLC, P.O. Box 4252, Greenwich, CT 06831-0405 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 10 2025 00:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | ^ | MEBN | Dec 10 2025 00:26:28 | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2025 00:43:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 10 2025 00:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 10 2025 00:43:20 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BNCnotices@dcmservices.com | Dec 10 2025 00:40:00 | UPMC Physician Services, c/o DCM Services/Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15224763 | | Email/Text: ebn@americollect.com | Dec 10 2025 00:41:00 | Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54220 |
| 15224760 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2025 00:41:00 | Ads/Comenity/MyPointsRwd, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15224762 | + | Email/PDF: bncnotices@becket-lee.com | Dec 10 2025 00:55:03 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15237477 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2025 00:54:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15224764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:54:50 | Amex/DSNB, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 15224766 | + | Email/Text: bk@avant.com | Dec 10 2025 00:42:00 | Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15224767 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 10 2025 00:41:00 | Barclays Bank Delaware, P.O. Box 8803, ATTN: Credit Bureau, Wilmington, DE 19899-8803 |
| 15224768 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:44:28 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15224771 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:43:41 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15224775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:55:03 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15224776 | | Email/Text: bevans@cdresource.com | Dec 10 2025 00:42:00 | CDI Affiliated Services, 1451 Hartman Street, Boise, ID 83704 |
| 15250120 | | Email/Text: bevans@cdresource.com | Dec 10 2025 00:42:00 | CDI Affiliated Services, PO Box 4068, Boise, ID 83711-4068 |
| 15232752 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 10 2025 00:40:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15296693 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 00:54:47 | CVI SGP Acquisition Trust, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 15234497 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:43:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15224770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:43:41 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |

Case 20-21141-GLT   Doc 134   Filed 12/11/25   Entered 12/12/25 00:32:24   Desc
Imaged Certificate of Notice   Page 4 of 8

| District/off: 0315-2 | User: auto | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 112 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 15237479 | Email/PDF: bncnotices@becket-lee.com | Dec 10 2025 00:44:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15224772 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:43:15 | Capital One/Justice, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 15224773 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:54:44 | Capital One/Walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15224774 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:43:40 | Capital One/Walmart, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 15225828 | + Email/Text: bankruptcy@cavps.com | Dec 10 2025 00:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15224777 | + Email/Text: billingdept@gihealth.com | Dec 10 2025 00:41:00 | Center for Digestive Health, 725 Cherrington Parkway, Suite 100, Coraopolis, PA 15108-4325 |
| 15294743 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:44:26 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15224780 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 10 2025 00:40:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 15224781 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2025 00:41:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15224782 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2025 00:41:00 | Comenity Bank/Wayfair, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15224783 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2025 00:41:00 | ComenityCapital/ChldPlce, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15224784 | + Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Dec 10 2025 00:42:00 | Credit Systems International, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 15224785 | Email/Text: mrdiscen@discover.com | Dec 10 2025 00:40:00 | Discover Bank, P.O. Box 15316, ATTN: CMS/PROD DEVELOP, Wilmington, DE 19850-5316 |
| 15224786 | Email/Text: mrdiscen@discover.com | Dec 10 2025 00:40:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15250327 | Email/Text: bnc-quantum@quantum3group.com | Dec 10 2025 00:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15228309 | Email/Text: mrdiscen@discover.com | Dec 10 2025 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15307416 | + Email/Text: ECMCBKNotices@ecmc.org | Dec 10 2025 00:41:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15224789 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 10 2025 00:42:00 | GFS/Jared Galleria of Jewelry, P.O. Box 4485, Beaverton, OR 97076-4485 |
| 15224795 | Email/Text: bankruptcy@huntington.com | Dec 10 2025 00:41:00 | Huntington National Bank, P.O. Box 1558, Dept. EA4W25, Columbus, OH 43216-1558 |
| 15250091 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 10 2025 00:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15224797 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:44:22 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15224798 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:44:29 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15363151 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 00:54:56 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15236408 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 00:43:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15509286 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 10 2025 00:40:00 | Lakeview Loan Servicing, LLC, C/O RightPath |

Case 20-21141-GLT   Doc 134   Filed 12/11/25   Entered 12/12/25 00:32:24   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0315-2 | User: auto | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 112 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15442698 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 10 2025 00:40:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15235053 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 10 2025 00:40:00 | Lakeview Loan Servicing, LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 15299525 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 10 2025 00:40:00 | Lakeview Loan Servicing, LLC c/o, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15224799 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 10 2025 00:40:00 | Loancare Servicing Center, 3637 Sentare Way, Virginia Beach, VA 23452-4262 |
| 15224801 | ^ | MEBN | Dec 10 2025 00:26:52 | Michael F. Ratchford, Esq., 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15606419 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 10 2025 00:44:14 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15224803 | + | Email/PDF: cbp@omf.com | Dec 10 2025 00:54:57 | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15229833 | + | Email/PDF: cbp@omf.com | Dec 10 2025 00:43:16 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15243276 | | Email/Text: bankruptcypgl@plaingreenloans.com | Dec 10 2025 00:42:00 | Plain Green Loans, Attention: Special Handling, 93 Mack Rd, Suite 600, Box Elder, MT 59521 |
| 15224804 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 10 2025 00:40:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15235626 | | Email/Text: bnc-quantum@quantum3group.com | Dec 10 2025 00:41:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15305940 | | Email/Text: bnc-quantum@quantum3group.com | Dec 10 2025 00:41:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15224808 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:54:58 | SYNCB/Amazon PLCC, Po Box 965015, Orlando, FL 32896-5015 |
| 15224809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:43:43 | SYNCB/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15224810 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:43:36 | SYNCB/Ashley Homestores, P.O. Box 965001, Orlando, FL 32896-5001 |
| 15224811 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:55:12 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-5036 |
| 15224812 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:43:57 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15224813 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:43:58 | SYNCB/JCPenneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15224814 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:43:20 | SYNCB/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15224815 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:54:59 | SYNCB/Sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15224816 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:44:14 | SYNCB/Score Rewards, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15236468 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Dec 10 2025 00:41:00 | Sheridan Anesthesia Services of PA, 725 Cherrington Parkway, Moon Township, PA 15108-4318 |
| 15306737 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2025 00:43:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

Case 20-21141-GLT   Doc 134   Filed 12/11/25   Entered 12/12/25 00:32:24   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 112 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 15225268 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2025 00:55:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15224817 | | Email/Text: bncmail@w-legal.com | Dec 10 2025 00:41:00 | TD Bank USA/Target Credit, 7000 Target Parkway N., MailStop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15224818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:43:58 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 15230403 | | Email/Text: bankruptcy@huntington.com | Dec 10 2025 00:41:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15224819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:43:19 | The Home Depot/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15224820 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 10 2025 00:42:00 | Transworld Sys Inc./51, P.O. Box 15273, Wilmington, DE 19850-5273 |
| 15246469 | | Email/Text: BNCnotices@dcmservices.com | Dec 10 2025 00:40:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 79

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | MIDFIRST BANK |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15235009 | *+ | AES/Bela-US Bank, 2500 Broadway, P.O. Box 203101, Helena, MT 59620-3101 |
| 15235011 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54220 |
| 15235008 | *+ | Ads/Comenity/MyPointsRwd, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15235010 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15235012 | *+ | Amex/DSNB, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 15235013 | *+ | Associates in Behavorial Diagnostics, 1150 Thorn Run Road Extension #110, Coraopolis, PA 15108-3102 |
| 15235014 | *+ | Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15235016 | *+ | Barclays Bank Delaware, P.O. Box 8803, ATTN: Credit Bureau, Wilmington, DE 19899-8803 |
| 15235018 | *+ | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15235020 | *+ | Brighton Radiology Associates, PC, 3582 Brodhead Road, Suite 204, Monaca, PA 15061-3142 |
| 15235022 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15235026 | *+ | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15235027 | *P++ | CBP AFFILIATED SERVICES, P O BOX 4068, BOISE ID 83711-4068, address filed with court:, CDI Affiliated Services, 1451 Hartman Street, Boise, ID 83704 |
| 15235021 | * | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15245533 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15235023 | *+ | Capital One/Justice, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 15235024 | *+ | Capital One/Walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15235025 | *+ | Capital One/Walmart, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 15235028 | *+ | Center for Digestive Health, 725 Cherrington Parkway, Suite 100, Coraopolis, PA 15108-4325 |
| 15235029 | *+ | Children's Hospital Community Campus, 205 Millers Run Road, Bridgeville, PA 15017-1348 |
| 15235030 | *+ | Childrens Hospital Community Campus, 2599 Wexford Bayne Road, Sewickley, PA 15143-8769 |
| 15235031 | *+ | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 15235032 | * | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15235033 | *+ | Comenity Bank/Wayfair, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15235034 | *+ | ComenityCapital/ChldPlce, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15235036 | *+ | Credit Systems International, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 15235037 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, P.O. Box 15316, ATTN: CMS/PROD DEVELOP, Wilmington, DE 19850-5316 |
| 15235038 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15224787 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover |

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 112 |

| | | |
|---|---|---|
| | | Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15235039 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15235042 | *+ | GFS/Jared Galleria of Jewelry, P.O. Box 4485, Beaverton, OR 97076-4485 |
| 15235041 | *+ | George B. Goodman Md Pc, 701 Broad Street, Sewickley, PA 15143-1681 |
| 15235043 | *+ | Harvey B. Henteleff, Dmd, 600 Cambria Ave., Avonmore, PA 15618-9791 |
| 15235044 | *+ | Heritage Valley Convenient Care, 100 Hazel Lane, Sewickley, PA 15143-1249 |
| 15235045 | *+ | Heritage Valley Family Practice Robinson, 2201 Park Manor Blvd., Pittsburgh, PA 15205-4819 |
| 15235047 | *+ | Heritage Valley Kennedy, 25 Heckel Road, McKees Rocks, PA 15136-1651 |
| 15235048 | *+ | Heritage Valley Sewickley, 701 Broad Street, Sewickley, PA 15143-1681 |
| 15235049 | * | Huntington National Bank, P.O. Box 1558, Dept. EA4W25, Columbus, OH 43216-1558 |
| 15235050 | *+ | Jeffrey T. Molinaro Dpm Pc, 101 Dixie Drive, Oakdale, PA 15071-1516 |
| 15235051 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15235052 | * | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15235054 | *+ | LoanCare Servicing Center, 3637 Sentare Way, Virginia Beach, VA 23452-4262 |
| 15235055 | *+ | MedCare Equipment Company, 524 Parkway View Drive, Pittsburgh, PA 15205-1410 |
| 15235056 | *+ | Michael F. Ratchford, Esq., 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15235057 | *+ | Natl Hosp Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15235058 | *+ | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15235059 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15235063 | * | SYNCB/Amazon PLCC, Po Box 965015, Orlando, FL 32896-5015 |
| 15235064 | *+ | SYNCB/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15235065 | *+ | SYNCB/Ashley Homestores, P.O. Box 965001, Orlando, FL 32896-5001 |
| 15235066 | * | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-5036 |
| 15235067 | *+ | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15235068 | *+ | SYNCB/JCPenneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15235069 | *+ | SYNCB/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15235070 | *+ | SYNCB/Sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15235071 | *+ | SYNCB/Score Rewards, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15235061 | *+ | Straka & McQuone, 4815 Liberty Ave, Suite 443, Pittsburgh, PA 15224-2156 |
| 15235062 | *+ | Straka & McQuone, Inc., 4815 Liberty Ave., Pittsburgh, PA 15224-2156 |
| 15235072 | * | TD Bank USA/Target Credit, 7000 Target Parkway N., MailStop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15235073 | *+ | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 15235074 | *+ | The Home Depot/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15235075 | *+ | Transworld Sys Inc./51, P.O. Box 15273, Wilmington, DE 19850-5273 |
| 15235081 | *+ | UPMC Children's Community Pediatrics, 11279 Perry Highway, Wexford, PA 15090-9394 |
| 15235082 | *+ | UPMC Children's Hospital of Pittsburgh, 4401 Penn Ave., Pittsburgh, PA 15224-1342 |
| 15235084 | *+ | WPAHS Surgeons, 4727 Friendship Ave., Suite 340, Pittsburgh, PA 15224-1778 |

TOTAL: 2 Undeliverable, 66 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

**Name**                    **Email Address**

Daniel Philip Jones
    on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise Carlon
    on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com

Garry Alan Masterson
    on behalf of Defendant Citizens Bank N.A. pitecf@weltman.com gmasterson@weltman.com

Garry Alan Masterson
    on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com, gmasterson@weltman.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew M. Herron
    on behalf of Plaintiff Bonnie Jean James mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Plaintiff Christopher A. James mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Joint Debtor Bonnie Jean James mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Christopher A. James mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Steven P Kelly
    on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 14