**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>    CHRISTOPHER A. JAMES<br>    BONNIE JEAN JAMES<br>        Debtor(s) | Case No. 20-21141GLT |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/30/2020, and was converted to chapter 13 on 08/25/2020.

2) The plan was confirmed on 09/24/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/02/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 09/08/2025.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $39,854.62.

10) Amount of unsecured claims discharged without full payment: $111,922.49.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $233,938.25 |
| Less amount refunded to debtor | $1,234.87 |
| **NET RECEIPTS:** | **$232,703.38** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $7,779.25 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $11,640.07 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$19,419.32** |

Attorney fees paid and disclosed by debtor:     $1,670.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 2,335.00 | 2,426.34 | 2,426.34 | 169.84 | 0.00 |
| AMERICOLLECT | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN BEHAVORIAL DIAGN | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN BEHAVORIAL DIAGN | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN BEHAVORIAL DIAGN | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| BANFIELD PET HOSPITAL++ | Unsecured | 894.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 4,837.00 | NA | NA | 0.00 | 0.00 |
| BEAVER VALLEY FOOT CLINIC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRIGHTON RADIOLOGY ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRIGHTON RADIOLOGY ASSOCIATES | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 3,010.00 | 3,134.18 | 3,134.18 | 219.39 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 3,632.00 | 3,793.06 | 3,793.06 | 265.51 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 1,474.00 | 1,539.29 | 1,539.29 | 107.75 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 668.00 | 901.44 | 901.44 | 63.10 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 667.00 | 696.12 | 696.12 | 48.73 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 912.00 | 1,030.06 | 1,030.06 | 72.10 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 366.00 | 413.05 | 413.05 | 28.91 | 0.00 |
| CAPITAL ONE** | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 866.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CBNA | Unsecured | 2,041.00 | NA | NA | 0.00 | 0.00 |
| CDI AFFILLIATED SERVICE | Unsecured | 154.00 | 156.38 | 0.00 | 0.00 | 0.00 |
| CENTER FOR DIGESTIVE HEALTH | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR DIGESTIVE HEALTH | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS COMMUNITY CARE | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF PITTSBURG | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA** | Unsecured | 826.00 | 941.24 | 941.24 | 65.89 | 0.00 |
| CITIBANK NA** | Unsecured | 2,041.00 | 2,146.49 | 2,146.49 | 150.25 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITIZENS BANK NA | Secured | 24,512.66 | 24,512.66 | 18,637.50 | 18,637.50 | 3,247.56 |
| CITIZENS BANK NA | Unsecured | 0.00 | 0.00 | 5,875.16 | 411.26 | 0.00 |
| CRANBERRY ORTHODONTICS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SYSTEMS INTERNATIONAL | Unsecured | 1,149.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING O | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING O | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING O | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING O | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING O | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING O | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 632.00 | 740.04 | 740.04 | 51.80 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 2,769.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 2,769.00 | 2,961.57 | 2,961.57 | 207.31 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 9,694.00 | 10,173.67 | 10,173.67 | 712.16 | 0.00 |
| DR HARVEY HENIELEFF | Unsecured | 1,360.00 | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 87,525.00 | 87,617.55 | 0.00 | 0.00 | 0.00 |
| ELIZUR CORP | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| GEORGE GOODMAN MD | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| GEORGE GOODMAN MD | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY FAMILY PRACTIC | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY FAMILY PRACTIC | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY SEWICKLEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY SEWICKLEY | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY SEWICKLEY | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY SEWICKLEY | Unsecured | 2,306.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY SEWICKLEY | Unsecured | 768.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY SEWICKLEY | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY SEWICKLEY | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY SEWICKLEY | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY SEWICKLEY | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Secured | 41,352.95 | 41,585.16 | 41,585.16 | 41,585.16 | 5,632.07 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | NA | 777.19 | 777.19 | 54.40 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 1,090.00 | 1,218.86 | 1,218.86 | 85.32 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 1,338.00 | 1,472.54 | 1,472.54 | 103.08 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 598.00 | 706.26 | 706.26 | 49.44 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 664.00 | 771.67 | 771.67 | 54.02 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 1,972.00 | 2,202.41 | 2,202.41 | 154.17 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 3,222.00 | 3,309.50 | 3,309.50 | 231.67 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 725.00 | 908.25 | 908.25 | 63.58 | 0.00 |
| JEFFERY MOLINARO DMD | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| JEFFERY MOLINARO DMD | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| JEFFERY MOLINARO DMD | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| JEFFERY MOLINARO DMD | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| JEFFERY MOLINARO DMD | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 3,200.00 | 3,418.27 | 3,418.27 | 239.28 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 16,146.00 | 16,697.22 | 16,697.22 | 1,168.81 | 0.00 |
| MEDCARE EQUIPMENT COMPANY | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 245,964.00 | 252,730.90 | 0.00 | 126,804.58 | 0.00 |
| MIDFIRST BANK | Secured | 0.00 | 10,281.04 | 10,281.04 | 10,281.04 | 0.00 |
| MIDFIRST BANK | Priority | 0.00 | 497.50 | 497.50 | 497.50 | 0.00 |
| MIDFIRST BANK | Priority | 0.00 | 445.50 | 445.50 | 445.50 | 0.00 |
| NATIONAL HOSPITAL COLLECTIONS⁺ | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*) | Unsecured | 10,490.00 | 10,490.36 | 10,490.36 | 734.33 | 0.00 |
| PLAIN GREEN LOANS LLC* | Unsecured | NA | 3,096.30 | 3,096.30 | 216.74 | 0.00 |
| PNC BANK++ | Unsecured | 5,217.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT MO | Unsecured | 544.00 | 701.11 | 701.11 | 49.08 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT MO | Unsecured | 805.00 | 936.84 | 936.84 | 65.58 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC - AGENT MO | Unsecured | 376.00 | 648.59 | 648.59 | 45.40 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT MO | Unsecured | 376.00 | 475.35 | 475.35 | 33.27 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF M | Unsecured | 185.00 | 247.94 | 247.94 | 17.36 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLE | Priority | NA | 0.00 | 10.95 | 10.95 | 0.00 |
| SHERIDAN ANESTHESIA | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| SHERIDAN ANESTHESIA | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| STRAKA AND MCQUONE | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| STRAKA AND MCQUONE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK BY AIS INFOSOU | Unsecured | 1,771.00 | 1,929.73 | 1,929.73 | 135.08 | 0.00 |
| TD BANK NA(*) | Unsecured | 1,334.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 826.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SYSTEM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 1,354.00 | 1,387.06 | 67.59 | 67.59 | 0.00 |
| WPAHS++ | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $126,804.58 | $0.00 |
| Mortgage Arrearage | $10,281.04 | $10,281.04 | $0.00 |
| Debt Secured by Vehicle | $60,222.66 | $60,222.66 | $8,879.63 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$70,503.70** | **$197,308.28** | **$8,879.63** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $953.95 | $953.95 | $0.00 |
| **TOTAL PRIORITY:** | **$953.95** | **$953.95** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$86,847.69** | **$6,142.20** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $19,419.32 |
| Disbursements to Creditors | $213,284.06 |
| **TOTAL DISBURSEMENTS:** | **$232,703.38** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/12/2025                                By: /s/ Ronda J. Winnecour
                                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Ac exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**